**UNITED STATES of America, Plaintiff—Appellant,**

v.

**SEAL A, Defendant—Appellee.**

**No. 05–50258.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 7, 2006.

Filed Jan. 3, 2007.

Alicia Villarreal, Esq., George S. Cardona, Office of the U.S. Attorney, Criminal Division, Los Angeles, CA, for Plaintiff-Appellant.

Mark C. Holscher, Esq., Michael C. Camunez, O'Melveny & Myers, LLP, Los Angeles, CA, for Defendant-Appellee.

Before: McKEOWN and BERZON, Circuit Judges, and KING *, Senior Judge.

**ORDER ** **

The parties' Joint Motion for Dismissal of Appeal in Light of Defendant's Sentencing Pursuant to a Plea Agreement is GRANTED. The appeal is DISMISSED.

---

* The Honorable Samuel P. King, Senior United States District Judge for the District of Hawaii, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.